**FILED**

APR 2 1 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DEMETRIUS ANTOINE THOMPSON,<br>    a/k/a "Demetrius Thompson,"<br>    a/k/a "Dee Thompson,"<br>    a/k/a "Meechie,"<br><br>    Defendant. | No. CR 10-00294 DLJ (DMR)<br><br>DETENTION ORDER |

## I. DETENTION ORDER

Defendant Demetrius Antoine Thompson is charged in a one-count indictment with possession with intent to distribute, and distribution of, methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii). Mr. Thompson did not request a full bail study and waived his right to proffer information at this time. *See* 18 U.S.C. § 3142(f) (a defendant has the right at a Section 3142(f) hearing, with the assistance of counsel, to testify, to present witnesses, to cross-examine adverse witnesses, and to present information by proffer or otherwise). Mr. Thompson expressly retained his right to raise any additional relevant information at a later hearing.

DETENTION ORDER
No. CR 10-00294 DLJ (DMR)                  1

cc: Copies to parties via ECF, Frances, Pretrial Services, 2 Certified Copies to US Marshal

The Government is entitled to a rebuttable presumption in this case that no condition or combination of conditions in section 3142(c) will reasonably assure the defendant's appearance in this case or the safety of any other person or the community. *See* 18 U.S.C. § 3142(e)(3)(A). Mr. Thompson did not offer information to rebut the presumption.

## II. CONCLUSION

The Court detains Mr. Thompson. Because Mr. Thompson waived his right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at Mr. Thompson's request at any future time. Mr. Thompson shall remain committed to the custody of the Attorney General.

IT IS SO ORDERED.

DATED: April 21, 2010

DONNA M. RYU
United States Magistrate Judge

DETENTION ORDER
No. CR 10-00294 DLJ (DMR)                        2