JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WADE M. RHYNE (CABN 216799)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: wade.rhyne@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-00294 DLJ |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATED REQUEST TO CONTINUE |
| v. ) | CHANGE OF PLEA AND TO EXCLUDE |
| ) | TIME UNDER THE SPEEDY TRIAL ACT |
| DEMETRIUS ANTOINE THOMPSON, ) | ; **ORDER** |
|   a/k/a "Demetrius Thompson," ) | |
|   a/k/a "Dee Thompson," ) | Date:    June 11, 2010 |
|   a/k/a "Meechie," ) | Time:    9:00 a.m. |
| ) | Court:   Hon. D. Lowell Jensen |
| Defendant. ) | |
| ) | |
| _____ ) | |

    The above-captioned matter is set on June 11, 2010 before this Court for change of plea. The parties jointly request that this Court vacate that date and continue the matter for change of plea on July 2, 2010 at 9:00 a.m., and that the Court exclude time under the Speedy Trial Act between June 11, 2010 and July 2, 2010.

    On June 8, 2010, the United States produced additional discovery in this matter. Counsel for Defendant Demetrius Antoine Thompson is continuing to review that additional discovery, in addition to the previously produced discovery. Counsel for Defendant requires additional time

STIP. REQ. AND [PROPOSED] ORDER
TO CONTINUE HEARING & TO EXCLUDE TIME
No. CR-10-00294 DLJ

to investigate and to prepare the case for further disposition. Additionally, counsel for Defendant will be unavailable to personally appear on June 11, 2010 as originally scheduled.

For those reasons, the parties jointly request that the Court continue the matter and exclude time between June 11, 2010 and July 2, 2010 under the Speedy Trial Act for reasonable time necessary for counsel to effectively prepare, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree that failing to exclude the time between June 11, 2010 and July 2, 2010 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, 18 U.S.C. § 3161(h)(7)(B)(iv), and that the ends of justice served by excluding the time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A).

DATED: June 9, 2010

/s/
WADE M. RHYNE
Assistant United States Attorney

/s/
ELLEN LEONIDA
Counsel for Defendant

STIP. REQ. AND [PROPOSED] ORDER
TO CONTINUE HEARING & TO EXCLUDE TIME
No. CR-10-00294 DLJ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-00294 DLJ |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING STIPULATED |
| v. | ) | REQUEST TO CONTINUE CHANGE OF |
| | ) | PLEA AND TO EXCLUDE TIME UNDER |
| DEMETRIUS ANTOINE THOMPSON, | ) | THE SPEEDY TRIAL ACT |
| a/k/a "Demetrius Thompson," | ) | |
| a/k/a "Dee Thompson," | ) | |
| a/k/a "Meechie," | ) | Date:   July 2, 2010 |
| | ) | Time:   9:00 a.m. |
| Defendant. | ) | Court:  Hon. D. Lowell Jensen |
| | ) | |

The parties jointly requested that the Court vacate the June 11, 2010 change of plea hearing in this matter and continue the matter for change of plea on July 2, 2010 at 9:00 a.m. The parties further requested that time be excluded under the Speedy Trial Act between June 11, 2010 and July 2, 2010 to allow counsel additional time to review discovery. Counsel for Defendant also represented that she will be unavailable to personally appear on June 11, 2010 as originally scheduled.

For good cause shown, the Court finds that failing to exclude the time between June 11, 2010 and July 2, 2010 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends

STIP. REQ. AND [PROPOSED] ORDER
TO CONTINUE HEARING & TO EXCLUDE TIME
No. CR-10-00294 DLJ

1  of justice served by excluding the time between June 11, 2010 and July 2, 2010 from
2  computation under the Speedy Trial Act outweigh the best interests of the public and the
3  defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  Therefore, IT IS HEREBY ORDERED
4  that the matter be continued to July 2, 2010 for change of plea and that time between June 11,
5  2010 and July 2, 2010 shall be excluded from computation under the Speedy Trial Act.  18
6  U.S.C. § 3161(h)(7)(A) and (B)(iv).

9  DATED: June 10, 2010                                   _____
                                                          HON. D. LOWELL JENSEN
10                                                        United States District Judge

STIP. REQ. AND [PROPOSED] ORDER
TO CONTINUE HEARING & TO EXCLUDE TIME
No. CR-10-00294 DLJ