1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | WADE M. RHYNE (CABN 216799)
Assistant United States Attorney

5

6 | 1301 Clay Street, Suite 340-S
Oakland, California 94612
Telephone: (510) 637-3680

7 | Facsimile: (510) 637-3724
E-Mail: wade.rhyne@usdoj.gov

8

9 | Attorneys for Plaintiff

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,        )    No. CR-10-00294 DLJ
                                      )
14 |        Plaintiff,                )
                                      )    STIPULATED REQUEST AND ORDER
15 |   v.                             )    TO CONTINUE SENTENCING HEARING
                                      )
16 | DEMETRIUS ANTOINE THOMPSON,      )
       a/k/a "Demetrius Thompson,"    )    Date:   October 1, 2010
17 |   a/k/a "Dee Thompson,"          )    Time:   10:00 a.m.
       a/k/a "Meechie,"               )    Court:  Hon. D. Lowell Jensen
18 |                                  )
       Defendant.                     )
19 |                                  )
                                      )

20

21

22

23

24 |     Defendant Demetrius Antoine Thompson is currently set to appear before this Court on

25 | October 1, 2010 for sentencing. Counsel for defendant was recently appointed to this case and

26 | requires additional time to prepare the case for sentencing, including additional time to

27 | investigate Defendant's criminal history. The government has no objection to the Defendant's

28

STIP. AND ORDER
TO CONTINUE SENTENCING HEARING
No. CR-10-00294 DLJ

1  request for additional time.  On that basis, the parties jointly request that the Court continue the

2  matter to November 12, 210 for sentencing.

3

4  DATED: September 28, 2010

5

6  [signature: WmRy]

7  _____                    /S/
                                                     _____
   WADE M. RHYNE                                     HARRY C. SINGER
8  Assistant United States Attorney                  Counsel for Defendant

9

10

11         I hereby attest that I have authorization to file this document on behalf of those

12  individuals whose signatures are indicated by a "conformed" signature (/S/) within this e-filed

13  document.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. AND ORDER
TO CONTINUE SENTENCING HEARING
No. CR-10-00294 DLJ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-00294 DLJ |
| Plaintiff, ) | |
| ) | ORDER CONTINUING SENTENCING |
| v. ) | HEARING |
| ) | |
| DEMETRIUS ANTOINE THOMPSON, ) | Date:   October 1, 2010 |
| a/k/a "Demetrius Thompson," ) | Time:   10:00 a.m. |
| a/k/a "Dee Thompson," ) | Court:  Hon. D. Lowell Jensen |
| a/k/a "Meechie," ) | |
| Defendant. ) | |

The parties jointly requested that the sentencing hearing for Defendant Demetrius Antoine Thompson be continued from October 1, 2010 to November 12, 2010 to allow for additional time for new defense counsel to effectively prepare the case for sentencing. For these stated reasons, **IT IS HEREBY ORDERED** that this matter is continued to November 12, 2010 at 10:00 a.m. before this Court for sentencing.

DATED: September 28, 2010

_____
HON. D. LOWELL JENSEN
United States District Court Judge

STIP. AND ORDER
TO CONTINUE SENTENCING HEARING
No. CR-10-00294 DLJ