HARRY C. SINGER (SBN 043098)
Law Office of Harry Singer
P.O. Box 590879
San Francisco, CA  94159
Telephone:  (415) 885-5916
Facsimile: (415) 750-9827

Attorney for Defendant,
DEMETRIUS ANTOINE THOMPSON

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
| ) | Case No. CR-10-00294 DLJ |
| Plaintiff,         ) | |
| ) | |
| vs.         ) | **STIPULATION AND** |
| ) | **ORDER TO CONTINUE** |
| DEMETRIUS ANTOINE THOMPSON,) | **NOVEMBER 12, 2010 SENTENCING** |
| ) | **HEARING TO DECEMBER 3, 2010,** |
| Defendant.         ) | **AT 10:00 AM** |
| ) | |

The parties in the above captioned case, by and through their undersigned counsel of record, hereby make the stipulated request to continue the date of the sentencing hearing currently scheduled for November 12, 2010, at 10:00 AM to December 3, 2010, at 10:00 AM.

After review of the final pre-sentence report, the defendant wished to have some additional time to receive letters of support from friends and relatives and allow them time to arrange for leave from work in order to attend the hearing.

1

*United States v. Demetrius Antoine Thompson,* Cr. 10-00294 DLJ, Stipulation and [Proposed] Order to Continue November 12, 2010 Sentencing Hearing to December 3, 2010 at 10:00 AM

Due to the recent appointment of substitute counsel and the need to change the original sentencing hearing to complete the pre-sentence report, the defendant was unaware of the exact date set. He would like to have this additional time to contact family and prepare himself for the hearing.

The parties have therefore mutually agreed that the sentencing hearing should be, with the approval of the Court, continued to December 3, 2010, at 10:00 AM.

**IT IS SO STIPULATED.**

DATED: November 10, 2010                MELINDA HAAG
                                        United States Attorney

                                        _____/s/_____
                                        WADE M. RHYNE
                                        Assistant United States Attorney

DATED: November 10, 2010                _____/s/_____
                                        HARRY C. SINGER
                                        Counsel for Defendant Thompson

**GOOD CAUSE APPEARING,**
**IT IS SO ORDERED.**

DATED: November 12, 2010                _____
                                        D. LOWELL JENSEN
                                        Senior United States District Judge
                                        Northern District of California

2

*United States v. Demetrius Antoine Thompson,* Cr. 10-00294 DLJ, Stipulation and [Proposed] Order to Continue November 12, 2010 Sentencing Hearing to December 3, 2010 at 10:00 AM